UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT P. MADIGAN,<br><br>    Plaintiff,<br><br> -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 15-CV-773 (CM) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

  The Court has received and reviewed plaintiff's motion for attorney's fees. (Dkt. 18.)

Defendant's response, if any, is due no later than **June 2, 2023**.

Dated: New York, New York    SO ORDERED.
    May 24, 2023

                       _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**