UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT P. MADIGAN,

                Plaintiff,                15 **CIVIL** 0773 (CM)(BCM)

    -against-                       **JUDGMENT**
                                                    For Attorney's Fees

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated January 17, 2024, that there is no objection to Judge Mose's decision granting the motion for an award of counsel fees, but counsel-to his great credit-has written to apprise the court that the amount awarded should be $9138.25 rather than $9720, as recommended. The Court accepts counsel's proposed amendation, otherwise adopt the report as its opinion, and enters judgment for counsel fees in the amount of $9,138.25, with $4,423 to be refunded to Mr. Madigan.

**Dated:**  New York, New York

      January 17, 2024

                                                                       **RUBY J. KRAJICK**
                                                                          **Clerk of Court**

                                                **BY:**

                                                                              **Deputy Clerk**